**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| SHARN GREEN, a/k/a Shawn Green, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-0068 |
| | ) | Judge Trauger |
| CCA/SOUTH CENTRAL CORRECTIONAL | ) | Magistrate Judge Knowles |
| FACILITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a bench trial beginning on October 18, 2011 at 9:00 a.m. before Judge Trauger.   It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order.  He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case.  If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 3rd day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge