IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHARN GREEN, a/k/a Shawn Green, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:10-0068 |
| ) | Judge Trauger |
| CCA/SOUTH CENTRAL CORRECTIONAL ) | Magistrate Judge Knowles |
| FACILITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 15, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 77), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Gayle Ray (Docket No. 58) is **GRANTED**, and all claims against defendant Ray are **DISMISSED WITH PREJUDICE**.

This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 5th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge