UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


SHARN GREEN, a/k/a SHAWN GREEN  ]
    Plaintiff,                 ]
                                 ]
v.                               ]    No. 1:10-0068
                                 ]    Judge Trauger
CCA/SOUTH CENTRAL CORRECTIONAL   ]
FACILITY, et al.                 ]
    Defendants.                ]


### O R D E R

The Court has before it the Magistrate Judge's Report and Recommendation (Docket Entry No.92), plaintiff's timely Objection (Docket Entry No.96) to the Report and Recommendation, and the defendants' Reply (Docket Entry No.98) to the plaintiff's Objection.

Because the Report and Recommendation addresses a dispositive matter, this Court has conducted a *de novo* review of the record as it pertains to the Report and Recommendation. United States v. Curtis, 237 F.3d 598,603 (6th Cir.2001).

In the complaint, the plaintiff alleges that the defendants, on several occasions, denied him those items needed to maintain his personal hygiene. Six of the defendants, i.e., the South Central Correctional Facility, Cherry Lindamood, Leigh Kilzer, Mark Hacker, Sabrina Tomlinson, and Kristen Buttram, dispute this claim and have filed a Motion for Summary Judgment (Docket Entry No.61).

In his Report and Recommendation, the Magistrate Judge found it "undisputed that Plaintiff's lack of hygiene supplies was a direct result of his refusal of the kits that were offered to him. It is further undisputed that Plaintiff refused the hygiene kits that were offered to him because they did not contain stamps that he could use to send mail to his family." Docket Entry No.92 at pg.14. In his Objection, the plaintiff does not deny refusing the hygiene kits offered to him. He merely reiterates that he did not receive them.

The record supports the Magistrate Judge's factual findings. These findings do not implicate a violation of the plaintiff's constitutional guarantees. Therefore, the Magistrate Judge correctly recommends that the defendants' Motion for Summary Judgment be granted.

Accordingly, the plaintiff's Objection to the Report and Recommendation is OVERRULED. The Report and Recommendation is ADOPTED and APPROVED as the findings of fact and conclusions of law of this Court. The defendants' Motion for Summary Judgment is GRANTED, with the claims against these six defendants DISMISSED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge