**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| SHARN GREEN, a/k/a Shawn Green, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-0068 |
| | ) | Judge Trauger |
| CCA/SOUTH CENTRAL CORRECTIONAL | ) | Magistrate Judge Knowles |
| FACILITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On September 13, 2011, the Magistrate Judge issued two Reports and Recommendations (Docket Nos. 103, 104), to which no timely objections have been filed. The Reports and Recommendations are therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's "Motion in Opposition to Defendants Motion For Summary Judgement and Plaintiff Motion For Summary Judgement" (Docket No. 75) is **DENIED**, and defendant Reuben Hodge's Motion to Dismiss plaintiff's amended complaint (Docket No. 79) is **GRANTED**.

Defendant Hodge is the last remaining defendant in this case. Therefore, this case is **DISMISSED**. The trial scheduled for October 18, 2011 will be removed from the court's calendar, and the pretrial conference scheduled before Magistrate Judge Knowles on October 13, 2011 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 5th day of October 2011.

_____
ALETA A. TRAUGER
U.S. District Judge